UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN MURPHY #19718-035 | CIVIL ACTION NO. 22-cv-5293 SEC P |
| VERSUS | JUDGE EDWARDS |
| SHERIFFS DEPT SABINE PARISH ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 25), and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 23) be **GRANTED** as follows: (1) all federal and state law false arrest claims are **DISMISSED WITH PREJUDICE**; (2) all federal and state law claims based on Plaintiff's conditions of confinement at the detention center are **DISMISSED WITH PREJUDICE**; and (3) the Court declines to exercise supplemental jurisdiction over any remaining state law claims and they are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 7th day of October, 2024.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE